IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE: Richard Casby,           CHAPTER 13
       Debtor(s).               CASE NO. 15-31148

## OBJECTION TO CONFIRMATION

COMES NOW Republic Finance, LLC., by and through counsel, and objects to the Confirmation of the Debtor's Plan for the following reasons:

1. The Creditor has filed a secured Proof of Claim and there are no provisions made to pay the claim.

2. Just prior to the Creditor's meeting the Debtor announced that the Debtor would surrender some of the property but amend the Plan to partially secure the claim of the Creditor, which has not been done. Further, the Debtor has not surrendered the property that the Debtor said he would surrender, even though the Creditor has made numerous attempts to get the property back.

3. The Plan was filed in bad faith.

WHEREFORE, the Creditor objects to confirmation of the Debtor's Plan for the above reasons, as well as any other reason that could be brought out at an Evidentiary Hearing.

                                        /s/ Richard C. Dean, Jr.
                                        Attorney for Republic Finance, LLC.

OF COUNSEL
P.O. Box 1028
Montgomery, AL 36101-1028
334-264-2896
PJH

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following interested parties electronically (CM/ECF) or by placing a copy of the same in the United States mail, postage prepaid and properly addressed on the date that this document is filed in the above case.

| Richard Casby | Richard D. Shinbaum, Esq. | Mr. Curtis C. Reding, Trustee |
|---|---|---|
| 1733 Saddlebrook Dr. | P.O. Box 201 | P.O. Box 173 |
| Montgomery, AL 36110 | Montgomery, AL 36101-0201 | Montgomery, AL 36101 |

                                        /s/ Richard C. Dean, Jr.
                                        OF COUNSEL