IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

In re:                                                   Chapter 13
                                                           Case No. 15-31148-DHW

**Richard Casby**

        **Debtor(s).**

## TRUSTEE'S OBJECTION TO DEBTOR'S MOTION
## TO INCUR DEBT

COMES NOW, the Trustee, by and through the undersigned, responds to the debtors' Motion to Incur Debt as follows:

1. On or about May 1, 2015, the debtor(s) filed the instant, voluntary bankruptcy petition pursuant to Title 13 of the United States Code.

2. An order confirming this case was entered on July 27, 2015.

3. On or about January 29, 2015 the debtor(s) filed a motion to incur debt to purchase a vehicle.

4. Debtor's motion state's the 2011 Dodge Nitro was involved in an auto accident which resulted in total loss of vehicle.

5. The debtor seeks to purchase a 2008 Chevy Colorado for $16,071.92, with monthly payments of $352.79 at 18.72% interest for 72 months.

6. Debtor(s) has not objected to the claim and the Trustee was not provided any insurance information about the insurance settlement.

7. Debtor's plan requires payments of $1,050.00 monthly.

8. Schedule J reflects monthly net income of $1,049.00. After plan payments are deducted from the debtor(s) monthly expenses, there is insufficient income to support any additional monthly expenses.

WHEREFORE, the Trustee respectfully requests that this Honorable Court sustain the Trustee's objection and deny the debtor(s) motion to incur debt as the

debtor(s) schedules reflect the debtor cannot afford an additional monthly expense and a vehicle is neither reasonable nor necessary for debtor's reorganization.

Respectfully submitted this the 5th day of February, 2016.

Curtis C. Reding, Jr.
Chapter 13 Trustee

By: /s/ Tina J. Hayes
Staff Attorney (HAY049)
ASB-9847-C32H

Office of the Chapter 13 Trustee
Curtis C. Reding, Jr., Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-834-7635
Email: hayest@ch13mdal.com

## CERTIFICATE OF SERVICE

I, Tina J. Hayes, certify that a copy of the foregoing TRUSTEE'S OBJECTION TO DEBTOR(S) MOTION TO INCUR DEBT has been served on the parties listed below by placing same in the United States Mail, postage prepaid and properly addressed, or via email, this 5th day of February, 2016.

/s/ Tina J. Hayes
Tina J. Hayes

RICHARD CASBY
1733 SADDLEBROOK DR.
MONTGOMERY, AL 36110

RICHARD D. SHINBAUM (via CM/ECF)