# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re  
Richard Casby  

    Debtor

Case No. 15–31148  
Chapter 13

## ORDER

This case is before the court on the following matter:

*48* – Rule 9007 Motion/Notice/Objection: Motion to Approve Compromise or Settlement filed by Richard D. Shinbaum on behalf of Richard Casby. Responses due by 03/7/2016. (Attachments: # 1 Exhibit A) (Shinbaum, Richard)

It appears that notice has been given pursuant to LBR 9007–1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Done this 8th day of March, 2016.

*Dwight A. Williams, Jr.*  
Dwight H. Williams Jr.  
United States Bankruptcy Judge