# Exhibit C

401-AL Middle-V6

## Post-Petition Payment History

| Payment Due Date | Amount Due | Date Funds Received | Amount Received | Date Funds Applied | Amount Applied to Principal | Amount Applied to Interest | Amount Applied to Escrow | Amount Applied to Fees | Amount Applied to Credit Insurance | Total Amount Applied | Suspense |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 06/18/2015 | $440.00 | | | | | | | $0.00 | $440.00 |
| 6/1/2015 | $438.08 | | | 06/19/2015 | $105.78 | $254.34 | $77.96 | | | $438.08 | ($438.08) |
| | | 12/01/2015 | $500.00 | | | | | | | $0.00 | $500.00 |
| 7/1/2015 | $438.08 | | | 12/02/2015 | $106.15 | $253.97 | $77.96 | | | $438.08 | ($438.08) |
| | | 02/29/2016 | $820.00 | | | | | | | $0.00 | $820.00 |
| 8/1/2015 | $438.08 | | | 03/01/2016 | $106.51 | $253.61 | $77.96 | | | $438.08 | ($438.08) |
| 9/1/2015 | $438.08 | | | 03/02/2016 | $106.88 | $253.24 | $77.96 | | | $438.08 | ($438.08) |
| | | 04/01/2016 | $700.00 | | | | | | | $0.00 | $700.00 |
| 10/1/2015 | $438.08 | | | 04/04/2016 | $107.25 | $252.87 | $77.96 | | | $438.08 | ($438.08) |
| 11/1/2015 | $438.08 | | | | | | | | | | |
| 12/1/2015 | $438.08 | | | | | | | | | | |
| 1/1/2016 | $438.08 | | | | | | | | | | |
| 2/1/2016 | $438.08 | | | | | | | | | | |
| 3/1/2016 | $438.08 | | | | | | | | | | |
| 4/1/2016 | $459.33 | | | | | | | | | | |
| 5/1/2016 | $459.33 | | | | | | | | | | |
| Total | $5,299.46 | | $2,460.00 | | $532.57 | $1,268.03 | $389.80 | $0.00 | $0.00 | $2,190.40 | $269.60 |